No. 482.  FEDERAL COMMUNICATIONS COMMISSION *v.*
SCHREIBER ET AL.   (Certiorari, *ante,* p. 927, to the United
States Court of Appeals for the Ninth Circuit.)   The
motion of the Solicitor General for additional time for
oral argument is granted, and 15 additional minutes are
allotted to each side.

No. 670.  FINNELL *v.* BROMBERG.   On petition for
writ of certiorari to the Supreme Court of Nevada.   The
motion of *George N. Leighton* to withdraw his appearance
as counsel for the petitioner is granted.

No. 525, Misc.   DUDA, AMBASSADOR OF CZECHOSLOVAK
SOCIALIST REPUBLIC *v.* UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND.   On motion for leave to
file petition for writ of prohibition and/or mandamus.
The Solicitor General is invited to file a brief expressing
the views of the United States.

No. 607, Misc.   EASON *v.* McGEE, CORRECTIONS AD-
MINISTRATOR, ET AL.;
No. 613, Misc.   WHITE ET AL. *v.* WILSON, WARDEN,
ET AL.;
No. 624, Misc.   IN RE ROBERTS;
No. 625, Misc.   GRATTER *v.* NASH, WARDEN;
No. 649, Misc.   MARTIN *v.* COOK, WARDEN, ET AL.;
No. 654, Misc.   JACKSON *v.* MARYLAND;
No. 656, Misc.   LORENZANA *v.* PUERTO RICO;
No. 693, Misc.   HYMES *v.* DUNBAR, CORRECTIONS
DIRECTOR, ET AL.;
No. 697, Misc.   FERRO *v.* DUNBAR, CORRECTIONS
DIRECTOR, ET AL.;
No. 716, Misc.   MACFADDEN *v.* UNITED STATES;
No. 717, Misc.   SCHACK *v.* FLORIDA ET AL.; and
No. 740, Misc.   JACKSON *v.* MARYLAND.   Motions for
leave to file petitions for writs of habeas corpus denied.